**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Gilberto A. Rivera,  :  Chapter 13
        Debtors  :
          :  Bankruptcy No. 18-13650-REF

**Addendum to the First Amended Chapter 13 Plan**

    Gilberto A. Rivera, Debtor, by and through his counsel, Brenna H. Mendelsohn, Esq. and Mendelsohn & Mendelsohn, P.C., hereby files this addendum to the First Amended Chapter 13 Plan as follows:

    The total funding of the Plan is $16,869.62 and on debtor's last plan payment, Debtor will pay an additional $148.62, for a total last payment amount of $446.24.

    Respectfully submitted,

DATED: June 7, 2019        */s/ Brenna H. Mendelsohn, Esquire*
        Brenna H. Mendelsohn, Esquire
        Mendelsohn & Mendelsohn, P.C.
        637 Walnut Street
        Reading, PA 19601
        Phone: 610-374-8088
        Fax: 610-478-1260