```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                      Case No. 18-13650-pmm
Gilberto A. Rivera                                          Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4           User: JEGilmore              Page 1 of 1              Date Rcvd: Jun 26, 2020
                               Form ID: pdf900              Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2020.
db             +Gilberto A. Rivera,    529A Perry Street,    Reading, PA 19601-1243
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,     Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
14116210       +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
14116213       +Debt Rec Sol,    6800 Jericho Turnpike,    Syosset, NY 11791-4436
14169464        Emergency Physician Assoc of PA, PC,     PO Box 1123,   Minneapolis, MN 55440-1123
14347036       +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
14162344       +Pennsylvania Housing Finance Agency,     c/o KML Law Group, P.C.,    710 Market Street,
                 Suite 5000,   Philadelphia, PA 19106-2312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 27 2020 04:30:28
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 27 2020 04:30:50     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14116214       +E-mail/Text: blegal@phfa.org Jun 27 2020 04:30:41     PA Housing Finance Agency,
                 211 N Front Street,    Harrisburg, PA 17101-1406
14197174       +E-mail/Text: blegal@phfa.org Jun 27 2020 04:30:41     PENNSYLVANIA HOUSING FINANCE AGENCY,
                 211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14116211*      +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
14116212*      +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
14116215*      +PA Housing Finance Agency,    211 N Front Street,   Harrisburg, PA 17101-1406
                                                                                              TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Gilberto A. Rivera tobykmendelsohn@comcast.net
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    GILBERTO A RIVERA<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 18-13650-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: June 25, 2020**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE